AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Maurizo Margel | ) | Case No. 13-8102-DLB |
| | ) | |
| | ) | |
| | ) | |
| Defendant(s) | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  12/23/2012 through 02/18/2013  in the county of  Palm Beach  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1029(b)(1), (a)(1), and (a)(4) | Conspiracy to commit access device fraud and conspiracy to commit bank fraud |
| 18 U.S.C. §§ 1349 and 1344 | |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature

Manuel Hernandez, Special Agent, HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 02/21/2013

_____
Judge's signature

City and state: WEST PALM BEACH, FLORIDA    DAVE LEE BRANNON, U.S. MAGISTRATE JUDGE
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

vs.

**MAURIZO MARGEL,**

**Defendant**

Case No. 13-8102-DLB

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Manuel Hernandez, being first duly sworn, hereby depose and state as follows:

I make this affidavit in support of a complaint charging Maurizo Margel with conspiracy to commit access device fraud and conspiracy to commit bank fraud.

I am a Special Agent of the United States Department of Homeland Security Immigration Customs Enforcement Agency office of Homeland Security Investigations ("HSI"), and have been so employed since March 2010. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, Section 2516. I am currently assigned to the HSI Miami Special Agent in Charge. Prior to HSI, I served as a Special Agent of the United States Department of Health and Human Services Office of the Inspector General from approximately March 2005 until February 2010. During my tenure as a special agent, I have conducted numerous criminal investigations into, among other crimes, bank fraud, fraud and related activity in connection with access devices, fraud and related activity in connection with identification documents, authentication features and information, aggravated identity theft and conspiracy.

The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, law enforcement officers, bank

surveillance video, bank transaction records, rental car leasing records, State of Florida Motor Vehicle records, and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested search warrant.

Your affiant is investigating a suspected case involving a scheme to defraud generally referred to as ATM Skimming. In support of this affidavit, I incorporate my prior affidavit from case no. 13-8093-DLB in United States v. Aris Chiciu, Neamtu Vaduva, Eugen Bacelan, Alin Velcu, and Antonio Dumitru, which charged the named defendants with conspiracy to commit access device fraud and conspiracy to commit bank fraud.

On December 23rd, 2012, ATM surveillance video of a branch of a local bank located in the city of Naples, FL captured MARGEL and another individual manipulating an ATM in a manner consistent with the attempted installation of a skimming device. Based on my review of the video, it appears that the two individuals were unsuccessful in an attempt to install the device. As discussed in my affidavit in Case No. 13-8093, On December 23rd, 2012, ATM surveillance video of another branch of a the same bank located in the city of Naples, FL captured Velcu and another individual manipulating an ATM in a manner consistent with the installation, maintenance, and removal of a skimming device.

Today, February 22, 2013, I and other law enforcement agents arrested Eugen Bacelan and MARGEL at 2651 Riverland Drive, Apt. A, Ft. Lauderdale, FL 33312. Based on my observations during the arrests, it appears that Bacelan and MARGEL both live at that address, along with other individuals. In particular, agents encountered Bacelan and MARGEL partially clothed. Agents also found MARGEL's immigration paperwork and passport at the residence.

Respectfully submitted,

Manuel Hernandez
Special Agent
Homeland Security Investigations

Subscribed and sworn to before me on this 22nd day of February 2013

DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 13-8102-DLB

UNITED STATES OF AMERICA

vs.

MAURIZO MARGEL,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?   _____ Yes   _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?   _____ Yes   _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: /s/ Marc Osborne
MARC OSBORNE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5500796
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777
Email: marc.osborne@usdoj.gov